UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY STEILBERG** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2455** |
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON** | **SECTION: "I" (5)** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, within a reasonable time, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 31st day of May, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**